## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

**WESTERN HERITAGE
INSURANCE COMPANY,**

     **Plaintiffs,**

**v.**

**MISS KITTY'S, INC., et al,**

     **Defendant.**                          **No. 15-cv-994-DRH**

### JUDGMENT IN A CIVIL CASE

     **DECISION BY COURT.**   This matter is before the court on the Stipulation of Dismissal executed by plaintiffs and defendant.

     **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 53), entered on June 2, 2016, this case is **DISMISSED** with prejudice.

                          **JUSTINE FLANAGAN,
ACTING CLERK OF COURT**

                          **BY:**_____/s/*Caitlin Fischer*_____
                              **Deputy Clerk**

Dated:   June 3, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.06.03
09:46:23 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT